IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

CAROLYN E. WISEMON                                                                    PLAINTIFF

VS.                              CASE NO. 5:04CV00080 SWW

JO ANNE B. BARNHART,
Commissioner, Social
Security Administration                                                               DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this case on this date, IT IS CONSIDERED, ORDERED and ADJUDGED that Defendant's motion to dismiss is hereby granted.

SO ADJUDGED this 25th day of October, 2005.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE